The relief described hereinbelow is SO ORDERED

Done this 16th day of February, 2023.

**Bess M. Parrish Creswell**
United States Bankruptcy Judge



_____

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | |
|---|---|
| IN RE:<br>MARY LEE DAVIS<br><br>DEBTOR(S) | CASE NO.   22-10605<br><br>CHAPTER   13<br><br>JUDGE:   BESS M. PARRISH CRESWELL |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY
### AND CO-DEBTOR STAY

Debtor's counsel having informed the Court that he had no defense to the Motion For Relief From Stay and Co-Debtor Stay (Doc. 36) filed by U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST ("Movant") it is

ORDERED that the Motion is Granted.

It is further ORDERED that any secured claim of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST  is reduced to the amount paid with a balance of zero with leave to file and unsecured claim for any deficiency balance within ninety (90) days of the date of this Order.

###END OF ORDER###

This Order was submitted to the Debtor's attorney and Trustee and approved by each prior to submission to the Court.

This document was prepared by:
Hugh Smith, ASB 3408G20C
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: hsmith@mtglaw.com
Attorneys for Creditor

REVIEWED BY:

/s/ Terry L. Danford
Terry L. Danford, Esq
Danford Law Firm, LLC
2267 Cong. W.L. Dickinson Drive
Montgomery, AL 36109
Attorney for Debtor

/s/ Tina J. Hayes
Tina J. Hayes
P.O. Box 173
Montgomery, AL 36101
Attorney for the Chapter 13 Trustee


PARTIES TO RECEIVE COPIES:

Mary Lee Davis
2438 Lake Street
Dothan, AL 36303

Tim L Davis
2438 Lake Street
Dothan, AL 36303

Mary Lee Davis
706 Wilder Ave
Dothan, AL 36303

Tim L Davis
706 Wilder Ave
Dothan, AL 36303

Terry L. Danford, Esq
Danford Law Firm, LLC
2267 Cong. W.L. Dickinson Drive
Montgomery, AL 36109

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101